In the Matter of EMIL J. SONDERLICK, an Attorney, Appellant. BRONX COUNTY BAR ASSOCIATION, Respondent.

Argued January 12, 1944; decided March 2, 1944.

*Jacob W. Friedman* for appellant.

*Louis Susman* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.